# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1946
_____

ZACHARY A. LITTLETON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Amy P. Brodersen, Judge.

October 16, 2025

PER CURIAM.

    DISMISSED.

ROWE, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Zachary A. Littleton, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.